# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| WALTER HAYWOOD WILLOUGHBY | ) Case No: __3:99CR24-6__ |
| | ) USM No: __13959-058__ |
| Date of Previous Judgment: __June 15, 20000__ | ) Lyle J. Yurko |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

    ❐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __360__ months **is reduced to** __351 months__ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: __41__ | | Amended Offense Level: __39__ | |
| Criminal History Category: __III__ | | Criminal History Category: __III__ | |
| Previous Guideline Range: __360__ to __life__ months | | Amended Guideline Range: __324__ to __405__ months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
■ The reduced sentence is within the amended guideline range.
❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐ Other (explain):

## III.  ADDITIONAL COMMENTS
It is further ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated __June 15, 2000__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __August 11, 2008__

Effective Date: _____
(if different from order date)

_Frank D. Whitney_
**Frank D. Whitney**
**United States District Judge**