# IN THE UNTIED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO: 3:99CR24

**UNTIED STATES OF AMERICA**

       **vs.**                                  **ORDER**

**WALTER HAYWOOD WILLOUGHBY,**
**Defendant,**

_____

**THIS MATTER**  is before the Court on Defendant's motion (Doc.# 614 & 628) for "reconsiderations" of sentence pursuant to 18 U.S.C.§ 3582(c)(2) and the Reduced sentence based upon Amendment 782 guidelines.

The U. S. Probation Office is directed to prepare a Supplemental Presentence Investigation Report to determine whether any retroactive Amendments to the U. S. Sentencing Guidelines have any affect on the Defendant's original Sentencing Guideline range.

**IT IS SO ORDERED:**

                                 Signed: February 5, 2015

                                 Frank D. Whitney
                               Chief United States District Judge